| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fagone, Michael A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of Maine | 3. Date of Report<br><br>04/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Margaret Chase Smith Federal Building<br>Room 30607<br>202 Harlow Street<br>Bangor, ME 04401 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Bernstein, Shur, Sawyer & Nelson |
| 2. | Director | American Bankruptcy Institute |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Bernstein, Shur, Sawyer & Nelson 401(k) plan (withdrew in August 2015) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | Bernstein, Shur, Sawyer & Nelson | $38,917.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Easter Seals Maine - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bernstein Shur Sawyer & Nelson | April 16 - 19 | Washington, DC | Continuing Education | Meals, Lodging, Transportation |
| 2. | American Bankruptcy Institute | July 8 - 12 | Falmouth, MA | Speaker | Meals, Lodging, Transportation |
| 3. | Massachusetts Continuing Legal Education | October 28 - 29 | Boston, MA | Speaker | Meals, Lodging, Transportation |
| 4. | American Bankruptcy Institute | December 2 - 5 | Phoenix, AZ | Speaker | Meals, Lodging, Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet | Student Loan | K |
| 2. | Granite St. Management | Student Loan (paid in full during 2015) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bernstein, Shur, Sawyer & Nelson 401(K): | | | | | Sold | 08/04/15 | | | |
| 2. - Mid Cap Growth Fund | E | Dividend | | | Sold | 08/04/15 | N | | |
| 3. - Mid Cap Value Fund | C | Dividend | | | Sold | 08/04/15 | M | | |
| 4. - Science & Technology Fund | A | Dividend | | | Sold | 08/04/15 | J | | |
| 5. - Vanguard 500 Index Admiral | D | Dividend | | | Sold | 08/04/15 | M | | |
| 6. - U.S. Treasury Money Fund | A | Dividend | | | Sold | 08/04/15 | J | | |
| 7. T. Rowe Price Trust Co. as custodian for IRA: | | | | | | 08/04/15 | | | |
| 8. - Equity Index 500 | B | Dividend | M | T | Buy | 08/04/15 | M | | |
| 9. - U.S. Treasury Money Fund | | None | J | T | Buy | 08/04/15 | J | | |
| 10. - Science & Technology Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 11. - Mid Cap Growth Fund | E | Dividend | N | T | Buy | 08/04/15 | N | | |
| 12. - Mid Cap Value Fund | E | Dividend | M | T | Buy | 08/04/15 | M | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 04/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am the sole trustee of a trust for the benefit of certain relatives ("Trust #1"). I do not receive any income from Trust #1. I do not currently have, and did not at any time during the reporting period have, any beneficial interest in Trust #1, its res, or any income derived therefrom. My sole function, with respect to the trust, is to serve as a trustee for those persons who do have a beneficial interest in the trust, and I serve in that capacity on an uncompensated basis. Copies of the trust agreement and the relevant account records are available upon reqeust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael A. Fagone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544